William A. Percy, Esq. (State Bar No. 297325)
william@hstonelaw.com
HILLSTONE LAW, PC
10866 Wilshire Blvd., Suite 1560
Los Angeles, California 90024
Telephone: (310) 595-1222
Facsimile: (310) 388-5287

Attorneys for Plaintiff,
HAYWARD JOHNSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| HAYWARD JOHNSON; <br><br> Plaintiff, <br><br> v. <br><br> OUT WEST EXPRESS, LLC; and DOES 1 TO 20, inclusive, <br><br> Defendants. | Case No. <br><br> **COMPLAINT** |

Plaintiff HAYWARD JOHNSON alleges as follows:

1. In the instant action, jurisdiction is based on the provisions of 28 U.S.C. sections 1346(a)(2) and (b)(1), which provide that an action against the United States for damages from injury is to be filed in the United States District Court.

///

1

COMPLAINT

2. Plaintiff HAYWARD JOHNSON is an individual and a citizen and resident of the State of California.

3. Defendant OUT WEST EXPRESS, LLC is Texas limited liability company and, on information and belief, has its principal office located in El Paso, Texas and at all times material hereto was authorized and was doing business in the State of California.

## JURISDICTION AND VENUE

4. The district court has original jurisdiction of this civil action pursuant to 28 U.S.C. section 1332(a). The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs. Plaintiff HAYWARD JOHNSON is a citizen and resident of California. Defendant OUT WEST EXPRESS, LLC is a citizen of Texas. Defendant OUT WEST EXPRESS, LLC is a limited liability company incorporated under the laws of Texas, with its headquarters and principal place of business in Texas. Accordingly, OUT WEST EXPRESS is domiciled in and is a citizen of Texas, and complete diversity of citizenship exists between plaintiff HAYWARD JOHNSON and defendant OUT WEST EXPRESS, LLC.

5. Venue is properly before this Court under 28 U.S.C. section 1391(b)(1) because defendant OUT WEST EXPRESS, LLC is a resident of this district. OUT WEST EXPRESS, LLC is authorized and doing business throughout the state of

California, including but not limited to providing service throughout California and owning and operating a permanent physical location in Ontario, California. Because OUT WEST EXPRESS, LLC is the only named defendant, all defendants are residents of the state of California.

## FIRST CAUSE OF ACTION

## NEGLIGENCE

## (AGAINST ALL DEFENDANTS)

6. Plaintiff realleges and incorporates paragraphs 1 through 5 as though set forth fully herein.

7. On or about October 27, 2019, plaintiff was safely and lawfully travelling in a motor vehicle on Route 66 near the entrance to the Santa Rosa Campgrounds in Santa Rosa, New Mexico.

8. At the same time and place, Nathan Tennison was operating a commercial motor vehicle owned and maintained by defendant OUT WEST EXPRESS, LLC. Mr. Tennison was operating the commercial motor vehicle in his capacity as an employee driver for defendant OUT WEST EXPRESS, LLC. Mr. Tennison made an illegal and unsafe "U-turn" which cut off all four (4) lanes of traffic on the highway without any warning, and plaintiff's motor vehicle was unable to avoid colliding with defendant's motor vehicle.

9. Mr. Tennison's acts and/or omissions constitute a failure to use due care and a breach of applicable traffic laws designed to protect other travelers, including plaintiff.

10. The collision was the actual and proximate result of negligence on the part of Mr. Tennison, acting within the course and scope of his agency and employment for OUT WEST EXPRESS, LLC. Accordingly, OUT WEST EXPRESS, LLC is liable for Mr. Tennison's conduct via *respondeat superior*.

11. The collision caused plaintiff to suffer personal injuries, pain and suffering, and other damages.

## PRAYER FOR RELIEF

As a result of the actions of Defendant, Plaintiff has suffered and seeks to recover the following:

(a) Damages for treatment of personal injuries in an amount not less than $170,000;

(b) Damages for pain and suffering;

(c) Damages for loss of earnings;

(d) Damages for loss of earning capacity and future loss of earnings;

(e) Such other and further relief as this Court deems just and proper.

///

///

///

1  Dated: October 11, 2021                          Respectfully Submitted,
2                                                                         HILLSTONE LAW, PC
3
4
5                                                                          /s/ William A. Percy
                                                                                   By:  WILLIAM A. PERCY
6                                                                          Attorneys for Plaintiff,
                                                                                   HAYWARD JOHNSON
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **REQUEST FOR JURY TRIAL**

Plaintiff hereby demands a jury trial in this action as to all claims triable by jury.

Dated: October 11, 2021

Respectfully Submitted,
HILLSTONE LAW, PC

/s/ William A. Percy
By:  WILLIAM A. PERCY
Attorneys for Plaintiff,
HAYWARD JOHNSON